# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 8/19/2026 |
| Case: 26−22307−JAD | Form ID: pdf900 | Total: 29 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Scott Allen McKeel, Jr. | mckeelscott@gmail.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Jaysn Bryan Berardelli | 1447 4th Street | New Brighton, PA 15066 | | |
| jdb | Crystal Mae Berardelli | 1447 4th Street | New Brighton, PA 15066 | | |
| 16703569 | 1st National Bank | 3320 E. State Street | Hermitage, PA 16148 | | |
| 16703590 | CCBank/Opp | P.O. Box 5040 | Fredericksburg, VA 22403 | | |
| 16703588 | Capital One | P.O. Box 31293 | Salt Lake City, UT 84131 | | |
| 16703572 | Capital One/Kohls | P.O. Box 31293 | Salt Lake City, UT 84131 | | |
| 16703571 | Clearview Federal Credit Union | 8805 University Blvd. | Monn Township, PA 15108 | | |
| 16703576 | Commenity Capital | P.O. Box 182120 | Columbus, OH 43218 | | |
| 16703591 | Credit Collections | 725 Canton Street | Norwood, MA 02062 | | |
| 16703580 | Discover Card | P.O. Box 30939 | Salt Lake City, UT 84130 | | |
| 16703570 | Hyundai Motor Finance | 10550 Talbert Avenue | Fountain Valley, CA 92708 | | |
| 16703579 | JPMCB | P.O. Box 15369 | Wilmington, DE 19850 | | |
| 16703587 | Jefferson Capital, LLC | 200 14th Ave. E | Sartell, MN 56377 | | |
| 16703585 | LNVN Funding | P.O. box 1269 | Greenville, SC 29602 | | |
| 16703583 | Midland Credit Management | 320 E. Big Beaver Road | Suite 300 | Troy, MI 48083 | |
| 16703568 | Pennymac Loan Services, LLC | P.O. Box 514387 | Los Angeles, CA 90051 | | |
| 16703581 | Portfolio Recovery Associates | Riverside Commerce Center | Norfolk, VA 23502 | | |
| 16703578 | SYNCB/Amazon | P.O. Box 71737 | Philadelphia, PA 19176 | | |
| 16703584 | SYNCB/Amazon | P.O. Box 71737 | Philadelphia, PA 19176 | | |
| 16703577 | SYNCB/PayPal | P.O. Box 71727 | Philadelphia, PA 19176 | | |
| 16703582 | SYNCB/PayPal | P.O. Box 71727 | Philadelphia, PA 19176 | | |
| 16703575 | TD RCS/Samsung | P.O. Box 100270 | Columbia, SC 29202 | | |
| 16703574 | THD/CBNA | 5800 South Corporate Place | Sioux Falls, SD 57108 | | |
| 16703589 | UpGrade Inc. | 275 Battery Street | 22nd Floor | San Francisco, CA 94111 | |
| 16703573 | Upstart Loan Operations | P.O. Box 1503 | San Carlos, CA 94070 | | |
| 16703586 | WebBank/One Main | P.O. Box 3316 | Evansville, IN 47732 | | |

TOTAL: 26