IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-22307

DEBTOR(S):

JAYSN BRYAN BERARDELLI

CRYSTAL MAE BERARDELLI

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 5 IN THE AMOUNT OF $341.63

CREDITOR'S SIGNATURE:

/S/ Jasmine Jolly

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

9/18/2026