IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2622307

DEBTOR(S):

JAYSN BRYAN BERARDELLI

CRYSTAL MAE BERARDELLI

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 24 IN THE AMOUNT OF $524.08

CREDITOR'S SIGNATURE:

/s/ Susan Gaines

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

10/26/2026